Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 06 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas ▼

____Delta____ Division

Mark Stinson
#29908-076

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

FCI Forrest City, AR., BOP Medical

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

Case No. 2:22CV154-LPR
*(to be filled in by the Clerk's Office)*

Jury demand yes

This case assigned to District Judge Rudofsky
and to Magistrate Judge Kearney

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mark Stinson |
| All other names by which you have been known: | |
| ID Number | 29908-076 |
| Current Institution | Probation |
| Address | 2541 Corporate Ave. E. #108 |
| | Memphis     TN     38132 |
| | *City*     *State*     *Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Unknown |
| Job or Title *(if known)* | BOP Medical Staff |
| Shield Number | |
| Employer | BOP |
| Address | F.C.I. Forrest City Low |
| | Forrest City     AR     72336 |
| | *City*     *State*     *Zip Code* |

[✓] Individual capacity     [✓] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | *City*     *State*     *Zip Code* |

[ ] Individual capacity     [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Shield Number _____
  Employer _____
  Address _____
  _____
  City     State     Zip Code
  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Shield Number _____
  Employer _____
  Address _____
  _____
  City     State     Zip Code
  ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

  A.  Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

  B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Eight Amendment Rights, cruel and unusual punishment, NON treatment

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☑ Other *(explain)*   Probation

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
FCI Forrest City Camp, Forrest City AR, 4/2019, and 7/18/2020.

C. What date and approximate time did the events giving rise to your claim(s) occur?
4/2019, about 5pm, and 7/18/2020, about 6pm.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
On 4/2019 I was playing softball another player jump on me accidentally (inmate Black), and broke my left leg. I went to medical and they did not xray it until one week later, and then they gave me a brace and told me to put it on. 9 weeks later the MD. told me that it did not heal properly. And now after walking for a mile or two my right hip starts to hurt. On 7/18/2020, I was watching TV, and stepped out during an commerical and gradded a drink, came back in and sat down. After about 30 seconds or so another inmate (inmate Thomas) started changing the channel, I explained to him that I was watching the tv. After going back and forth about the tv, finnaly I got up and just changed the channel back then he got up and just hit me trying to stop me from changing the tv. Then I pushed him protecting myself and then the altercation started, and my upper left arm was injured in the process. Medical did nothing to treat my arm or my leg.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
My left upper arm has a bicept tear and my broken left leg has pain and causes after walking a while pain to my right hip, mental stress, and suffering. has not healed.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
Five hundred thousand dollars ($500,000.00) immediately, for mental anguish, stress, pain and suffering, which has caused a lip in my walk.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✔] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
FCI Forrest City Camp, Forrest City AR,

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[✔] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[✔] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?
both

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?
   U.S. Dept. of Justice, F.B.P. South Central Regional Office, U.S. Armed Forces Reserve Complex, 344 Marine Forces Dr. Grand Prairie, TX 75051

2. What did you claim in your grievance?
   Same as above

3. What was the result, if any?
   They processed both claims on August 30, 2021.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   Letter and email sent to Human Resource Management Div. Central Office HQ., 320 First St. NW., Washington, DC 20534.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
I sent two address changes to the Regional Office.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[✔] Yes

[ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.
Eastern District of Arkansas, Delta Div.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

　　1. Parties to the previous lawsuit
　　　Plaintiff(s) _____
　　　Defendant(s) _____

　　2. Court *(if federal court, name the district; if state court, name the county and State)*
　　　_____

　　3. Docket or index number
　　　_____

　　4. Name of Judge assigned to your case
　　　_____

　　5. Approximate date of filing lawsuit
　　　_____

　　6. Is the case still pending?

　　　☐ Yes

　　　☐ No

　　　If no, give the approximate date of disposition. _____

　　7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
　　　_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

       Plaintiff(s) _____

       Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

       _____

    3. Docket or index number

       _____

    4. Name of Judge assigned to your case

       _____

    5. Approximate date of filing lawsuit

       _____

    6. Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition _____

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/31/2022

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Mark Stinson

Prison Identification #: 29908-076

Prison Address: 2541 Corporate Ave. E. #108

Memphis, TN 38132
*City / State / Zip Code*

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

*City / State / Zip Code*

Telephone Number

E-mail Address

OMB NO. 1105-0008

**1. Submit To Appropriate Federal Agency:**
Office of the General Counsel
U.S. Office of Personnel Management
1900 E Street NW.
Washington DC 20415-1300

**2. Name, Address of claimant and claimant's personal representative, if any (See instructions on reverse.) (Number, street, city, State and Zip Code)**
MARK Stinson #29908-076
F.P.C. P.O. Box 8000, Forrest City, AR 7233[?]

**3. TYPE OF EMPLOYMENT**
☐ MILITARY ☐ CIVILIAN

**4. DATE OF BIRTH:** 10-19-65

**5. MARITAL STATUS:** NOT

**6. DATE AND DAY OF ACCIDENT:** 4-2019

**7. TIME (A.M. OR P.M.):** 5:30 pm

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

I was playing softball that evening and while trying to cover second base at the same time the short stop was also trying to cover the bag. I saw that we both was going to run into one other, so I got down and while down he jump up and landed on my back. My knees went sideways and when I got up my left leg was broke. I went to medical and was told to walk on these crutches and we will call you for an x-ray. One week went by before I got x-rayed, and then was only given a boot for my leg, for 13 weeks. My leg has not healed properly. I now have

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT: N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED: N/A

**10. PERSONAL INJURY/WRONGFUL DEATH**

From my leg not healing properly, I now have right hip and lower back pain when I walk for a period of time. ~~My left arm was als~~ After I finish walking or working out I have intense pain in my left arm and right lower back and hip. I am in stress body and mind.

**11. WITNESSES** Because of my illegal conviction.

| NAME | ADDRESS |
|---|---|
| Johnny Bowers, DAN, ~~Pat, D-ray Davis.~~ | F.C.C. Forrest City, AR 72336 P.O. Box 8000, 9000 |

**12. AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL |
|---|---|---|---|
| 0 | $1,000,000.00 | X | $1,000,000.00 |

**13a. SIGNATURE OF CLAIMANT:** [signature]

**13b. Phone number of signatory:** 870-630-6000

**14. DATE OF CLAIM:** 16 NOV 20

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|---|
| 1. Submit To Appropriate Federal Agency: Office of the General Counsel U.S. Office of Personnel Management 1900 E Street NW. Washington DC 20415-1300 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) Mark Stinson #29908-076, F.P.C. P.O. Box 8000, Forrest City, AR 72336 | | |
| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 10-19-65 | 5. MARITAL STATUS NOT | 6. DATE AND DAY OF ACCIDENT July 18 2020 | 7. TIME (A.M. OR P.M.) 6:00 PM |

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

While watching tv. I stepped out during the commerical, and gradded a drink; Then came back in and sat down. After about 30 sec or so the channel change. I explain to the guy that changed it that I was watching it but I stepped out to grabb something to drink. He started (inmate A. Thomas) talking about some long story that was not about the t.v. So reached up to turn the channel back, and then he hit my hand off the t.v., then I pushed his hand off me, and then the altercation started. Somewhere doing while trying to protect myself, my Left upper arm was injured.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

N/A

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT. Left upper arm. I went to medical and got x-ray done. After that nothing was said or done, but given an arm wrap. My left upper arm muscle has dropped and now I can not do any pull ups, but can do push ups. When I move it in different position I have intense pain. I am in stress body & mind

11. because of my illegal conviction. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Pat, D-Ray Davis. | FCC, P.O. Box 8000, 9000 Forrest City, AR 72336 |

12. (See instructions on reverse) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| ⊘ | $1,000,000.00 | ⊘ | $1,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) *[signature]* | 13b. Phone number of signatory 870-630-6000 | 14. DATE OF CLAIM 16 Nov 20 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2



**U.S. Department of Justice**
Federal Bureau of Prisons
South Central Regional Office

*U.S. Armed Forces Reserve Complex*
*344 Marine Forces Drive*
*Grand Prairie, TX   75051*

SEP 2 0 2021

Mark Stinson
Reg. No. 29908-076
Federal Correctional Institution Low
Post Office Box 8000
Forrest City, Arkansas 72336

Re:  Administrative Tort Claim - TRT-SCR-2021-07214

Mr. Stinson:

This acknowledges our receipt of your SF95 *Claim for Damage, Injury, or Death* form dated November 209, 2020.  The Federal Bureau of Prisons deemed your claim for processing received on August 30, 2021.

Claims processed pursuant to the Federal Tort Claims Act normally receive a response within six months.  Accordingly, you may expect a response from this office on or before February 27, 2022.

Please note it is your responsibility to keep us updated with your correct current address.

Sincerely,

Jason A. Sickler
Regional Counsel

JAS/bkv



**U.S. Department of Justice**
Federal Bureau of Prisons
South Central Regional Office

*U.S. Armed Forces Reserve Complex*
*344 Marine Forces Drive*
*Grand Prairie, TX   75051*

SEP 2 0 2021

Mark Stinson
Reg. No. 29908-076
Federal Correctional Institution Low
Post Office Box 9000
Forrest City, Arkansas 72336

Re:  Administrative Tort Claim - TRT-SCR-2021-07216

Mr. Stinson:

This acknowledges our receipt of your claim dated November 16, 2020. The Federal Bureau of Prisons deemed your claim as received for processing on August 30, 2021.

Claims processed pursuant to the Federal Torts Claim Act normally receive a response within six months. Accordingly, you may expect a response from this office on or before February 27, 2022.

Please note it is your responsibility to keep us updated with your correct current address.

Sincerely,

Jason A. Sickler
Regional Counsel

JAS/bkv



**U.S. Department of Justice**
**Federal Bureau of Prisons**
**South Central Regional Office**

*U.S. Armed Forces Reserve Complex*
*344 Marine Forces Drive*
*Grand Prairie, TX   75051*

March 28, 2022

Mark Stinson
Reg. No. 29908-076
Federal Correctional Institution Low
Post Office Box 9000
Forrest City, Arkansas 72336

Re:  Administrative Tort Claims - TRT-SCR-2021-07214
     and TRT-SCR-2021-07216

Mr. Stinson:

This acknowledges our receipt of your status inquiry dated March 8, 2022.  The Federal Bureau of Prisons deemed your correspondence received on March 17, 2022.

Your claims are still pending.

Sincerely,

Jason A. Sickler
Regional Counsel

JAS/bkv

Cochan Firm
800-843-3476

L. Cristina Griffth
Human Resource Management Division
Central Office HQ
320 First St. NW
Washington, DC 20534

May 20, 2022

Mark Stinson

Reg #29908-076

1629 Winchester Rd.

Memphis, TN 38116


Federal Bureau of Prisons

L. Cristina Griffth

Human Resource Management Division

Central Office HQ

320 First St. NW

Washington, DC 20534


L. Cristina Griffth,

Human Resource Management Division:

Re:  Administrative Tort Claim – TRT-SCR-2021-07214 and TRT-SCR-2021-07216

I have been trying to contact the South Central Regional Office, without any success, they said that I may expect a response within six (6) months, it has been nine (9) months since my claim was filed and I have sent and address change on April 2022. And at this point I have not heard from the Regional Office. Could you assist me on this matter?


Sincerely,

*[signature]*

Mark Stinson

Reg #29908-076

# Radiology Reports

Printed On Aug 31, 2022

```
HUMERUS, LEFT 2 OR MORE VIEWS

Exm Date: AUG 04, 2022@14:04
Req Phys: FOSKETT,JAMES JEROME        Pat Loc: MEM SURG ORTHO 2JF NEW (Req'g
                                      Img Loc: AMB CARE
                                      Service: Unknown


(Case 614-080422-1052 COMPLETE)HUMERUS, LEFT 2 OR MORE VIEWS    (RAD  Detailed)
CPT:73060
    Reason for Study: pain

  Clinical History:
    General Radiology - (Left)

    Trainees must order all imaging exams under the name of the
    current supervising attending.

    Choose Attending Physician from the Provider & Location Button at
    top of CPRS Cover Sheet (before placing order).

    Have you selected the appropriate Attending Physician as ordering
    provider? YES

    Attention:  In the interest of patient safety you are required to
    provide the following contact information:

    Primary contact/resident:   foskett Contact or service
    cell/beeper:   4050


    Is the patient on isolation of any kind? no

    Patient Weight: 199 lb [90.26 kg] (07/20/2022 10:11)

  Report Status: Verified                  Date Reported: AUG 04, 2022
                                           Date Verified: AUG 04, 2022
  Verifier E-Sig:/ES/RANDALL L. SCOTT,M.D.

  Report:
    EXAM: HUMERUS, LEFT 2 OR MORE VIEWS

    DATE OF EXAM: 8/4/2022 2:20 PM

    COMPARISON: None

    HISTORY: pain.

    FINDINGS: Cortical elevation greater tuberosity of humerus may
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| STINSON,MARK T<br>2541 CORPORATE AVE. E<br>#108<br>MEMPHIS, TENNESSEE  38132 | Printed at MEMPHIS VA MEDICAL CENTER |

Page 1 of '

indicate underlying rotator cuff tendinopathy. Normal shoulder articulation. Mid and distal humeral shaft and adjacent soft tissues are normal.

Impression:
As noted in the report findings.

Primary Diagnostic Code:

Primary Interpreting Staff:
RANDALL L. SCOTT,M.D., Staff Radiologist (Verifier)
/RLS

---

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| STINSON,MARK T<br>2541 CORPORATE AVE. E<br>#108<br>MEMPHIS, TENNESSEE   38132 | Printed at MEMPHIS VA MEDICAL CENTER |

# AGREEMENT TO RECEIVE NOTICE OF ELECTRONIC FILING (NEF)

**NOTE:** This Form Does Not Authorize Electronic Filing.

RE: _____ (case number)

By my signature and submission of a valid e-mail address, I agree to accept Notice(s) of Electronic Filing from the United States District Court, Western District of Tennessee.

_Mark Stinson_

Printed name

_mstinson1@bellsouth.net_

Email address (Please PRINT)

_[signature]_

Signature

If the NEF is returned as undeliverable, this agreement is null and void, and future documents will be mailed via U.S. Postal Service by Clerk's office upon notification of the undeliverable e-mail.